UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :
                                 :        08 Cr. 644 (JGK)
LETHEM DUNCAN,                   :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

WHEREAS, the above-captioned information (the "Information") was filed on July 15, 2008, and, upon the Government's representation that public filing of the Information could compromise an ongoing criminal ivestigation, was filed under seal; and

WHEREAS the Government has informed the Court that the ongoing investigative efforts that necessitated the sealing have been concluded, such that further sealing is not necessary;

IT IS HEREBY ORDERED, that, the Information be unsealed.

Dated: New York, New York
       July 16, 2008

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
LAURA TAYLOR SWAIN U.S.D.J.
Part I



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 6 2008