

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 16, 2008

*By Hand*

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

    Re:   **United States v. Lethem Duncan,**
          08 Cr. 644 (JGK)

Dear Judge Swain:

    The Government respectfully submits this letter, and the enclosed proposed order, to request that the Court unseal the above-referenced information (the "Information"), which was filed yesterday, upon the defendant's waiver of indictment, before the Honorable John G. Koeltl, United States District Judge.

    At the conclusion of yesterday's proceeding, the Court granted the parties' joint application to seal the record. The basis for that request was the Government's concern that the public filing of the information could compromise an ongoing investigation. Late last night, and early this morning, those ongoing investigative efforts concluded when three of the defendant's co-conspirators were arrested.

    Accordingly, since the need for sealing the record no longer exists, the Government respectfully requests that the record from yesterday's proceeding, including the Information, be unsealed.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 6 2008

Hon. Laura Taylor Swain, U.S.D.J.
July 16, 2008
Page 2

      A proposed order is enclosed.

                Respectfully Submitted,

                MICHAEL J. GARCIA
                United States Attorney
                Southern District of New York

          By: _____
                Daniel L. Stein
                Assistant United States Attorney
                (212) 637-2407

(Enclosure)

cc:  Steven Frankel, Esq.
     Attorney for Lethem Duncan

     (By Facsimile)