**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA             :

       -v-                          :    NOTICE OF INTENT
                                                            TO FILE AN INFORMATION
LETHEM DUNCAN,                       :

            Defendant.             :

- - - - - - - - - - - - - - - - - -x

        **08 CRIM. 644**

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           July 9, 2008

                                 MICHAEL J. GARCIA
                                 United States Attorney

                By: _____
                     DANIEL L. STEIN
                     Assistant United States Attorney

              AGREED AND CONSENTED TO:

                By: _____
                     STEVEN FRANKEL, ESQ.
                     Attorney for Lethem Duncan

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08