| UNITED STATES DISTRICT COURT | |
|---|---|
| SOUTHERN DISTRICT OF NEW YORK | **08 CRIM.   644** |

-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                                                               08 cr      (JGK)

        -against-

                                                                                             **BAIL ORDER**

LETHEM DUNCAN,

                          Defendants.

-------------------------------------------------------------X

       The defendant, Lethem Duncan, is released on his own recognizance. Bail in this matter is restricted to the Southern and Eastern Districts of New York and the District of New Jersey. The defendant shall surrender any travel documents by July 17, 2008, and that he shall not apply for any additional travel documents.

**SO ORDERED.**

                                                                              _____
                                                                               JOHN G. KOELTL
                                                            UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         July 15, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08