```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA,
                                   :
          - v -
                                   :        WAIVER OF INDICTMENT
LETHEM DUNCAN,
                                   :        08 Cr.
          Defendant.               :
- - - - - - - - - - - - - - - - - x
```

   The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 666(a)(1)(A), 1349, 1341, 1957, 666(a)(1)(B), and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

```
                              _____
                                       Defendant

                              _____
                                       Witness

                              _____
                                 Counsel for Defendant
```

Date:     New York, New York
          July 15, 2008



0202