UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

LETHEM DUNCAN,
               Defendants.
------------------------------------------------------------X

08 cr 644 (JGK)

**BAIL ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08

    The defendant, Lethem Duncan, is released on a $250,000 personal recognizance bond, to be signed by the defendant by 5:00pm on August 1, 2008. The defendant's travel is restricted to the Southern and Eastern Districts of New York and the District of New Jersey; the defendant shall also surrender any travel documents.

**SO ORDERED.**

                                        JOHN G. KOELTL
                                      UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         July 31, 2008